STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500
Email: joyce_leavitt@fd.org

Counsel for Defendant LEAH TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEAH TURNER,<br><br>Defendant. | No. CR 14-216 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF RELEASE |

IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of release for defendant, Leah Turner, who is identified in the indictment as Leah Shelbourne-Turner, may be modified to expand the areas in which Ms. Turner may travel to include the Eastern District of California. Ms. Turner's children live with her mother in Manteca, California, which is in the Eastern District of California. Ms. Turner has a court-supervised reunification plan which includes visiting the children every weekend in Manteca. United States Pretrial Services Officer Betty Kim is in agreement with the proposed modification and agrees that the area of travel may be expanded to include all of the Eastern District of California rather than specific cities or counties there. All other conditions of release shall remain the same.

*U.S. v Turner*, CR 14-216 JSW (DMR)
Order RE: Modify Terms of Release

Date:  5/21/14          _____/s/_____
                        JOYCE LEAVITT
                        Assistant Federal Public Defender

Date:  5/21/14          _____/s/_____
                        THOMAS MOORE
                        Assistant United States Attorney

   I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

### ORDER

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Leah Turner, also identified as Leah Shelbourne-Turner, are modified to expand allow the areas in which Ms. Turner may travel to include the Eastern District of California.

   All other conditions of release shall remain the same.

   IT IS SO ORDERED.

Date: May  22 , 2014                    _____
                                        DONNA M. RYU
                                        United States Magistrate Judge

*U.S. v Turner*, CR 14-216 JSW (DMR)
Order RE: Modify Terms of Release